
FILED
2019 Aug-08 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| LORA WEAVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CIVIL ACTION NUMBER: |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) 7:19-CV-00514-LSC ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between Plaintiff Lora Weaver and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel of record, that the Court may make and enter its Order dismissing all claims against the Defendant with prejudice, each party to bear its own costs and fees.

Dated this 8th day of August, 2019.

By: _____
David P. Martin
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402
205.343.1771 (phone)
205.343.1781 (facsimile)
david@erisacase.com

*Attorneys for Plaintiff Lora Weaver*

By: _____
Jason A. Walters
K. Laney Gifford
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com
lgifford@bradley.com

*Attorneys for The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

David P. Martin
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402
205.343.1771 (phone)
205.343.1781 (facsimile)
david@erisacase.com

                                                 *s/Jason A. Walters*